ACCEPTED
14-15-00042-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
3/6/2015 1:54:35 PM
CHRISTOPHER PRINE
CLERK

## No. 14-15-00042-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/6/2015 1:54:35 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FOURTEENTH DISTRICT OF TEXAS
HOUSTON, TEXAS

**BENSON SCOTT WYLY,**

*Appellant*

**v.**

**ESSEX INSURANCE COMPANY AND U.S. RISK, INC.,**

*Appellees*

On Appeal
from Cause No. 13-CV-0583
in the 10th District Court of Galveston County, Texas

**NOTICE OF APPEARANCE AND DESIGNATION OF
LEAD APPELLATE COUNSEL FOR APPELLEE
INTEGRITY INSURANCE SOLUTIONS**

Levon G. Hovnatanian
State Bar No. 10059825
*hovnatanian@mdjwlaw.com*
MARTIN, DISIERE, JEFFERSON
& WISDOM, L.L.P.
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile

Jeffrey E. Farrell
State Bar No. 00787453
*farrell@mdjwlaw.com*
MARTIN, DISIERE, JEFFERSON &
WISDOM, L.L.P.
900 S. Capital of Texas Hwy, Ste 425
Austin, Texas 78746
(512) 610-4400 – Telephone
(512) 610-4401 – Facsimile

**TO THE HONORABLE COURT OF APPEALS:**

Comes now an appellee—Integrity Insurance Solutions—and files this Notice of Appearance and Designation of Lead Appellate Counsel. Integrity Insurance Solutions hereby designates the following individual as its lead appellate counsel:

Levon G. Hovnatanian
*hovnatanian@mdjwlaw.com*
State Bar No. 10050925
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700—Telephone
(713) 222-0101—Facsimile

Jeffrey E. Farrell, whose State Bar number and contact information appears in the signature block below, also represents Integrity Insurance Solutions in this appeal.

In conclusion, Integrity Insurance Solutions respectfully asks the Court to accept this Notice of Appearance and Designation of Lead Appellate Counsel and consider Mr. Hovnatanian as its lead appellate counsel.

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.


By: */s/ Levon G. Hovnatanian*
    Levon G. Hovnatanian
    Texas Bar No. 10059825
    *hovnatanian@mdjwlaw.com*
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile

By: */s/ Jeffrey E. Farrell*
    Jeffrey E. Farrell
    Texas Bar No. 00787453
    *farrell@mdjwlaw.com*
900 S. Capital of Texas Highway, Suite 425
Austin, Texas  78746
(512) 610-4400 – Telephone
(512) 610-4401 – Facsimile

ATTORNEYS FOR APPELLEE
INTEGRITY INSURANCE SOLUTIONS

## CERTIFICATE OF COMPLIANCE

This is to certify that this computer-generated notice of appearance and designation of lead appellate counsel for appellee Integrity Insurance Solutions contains 119 words.


*/s/ Levon G. Hovnatanian*
Levon G. Hovnatanian
Dated:  March 6, 2016

2

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Notice of Appearance and Designation of Lead Appellate Counsel has been forwarded to the individuals listed below, by the method(s) indicated, on this 6th day of March 2015:

Keith A. Gross
*attnygross@aol*
KEITH A. GROSS ATTORNEY AT LAW
250 Park Avenue
League City, Texas 77573
*(via e-file and facsimile 832-932-5688)*
*(counsel for appellant Benson Scott Wyly)*

Jamie R. Carsey
*jcarsey@thompsoncoe.com*
Cyrus W. Haralson
*charalson@thompsoncoe.com*
THOMPSON, COE, COUSINS & IRONS, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056
*(via e-file and facsimile 713-403-8299)*
*(counsel for appellees*
*Essex Insurance Company and U.S. Risk, Inc.)*

*/s/ Levon G. Hovnatanian*
Levon G. Hovnatanian